PS 8
(Rev. 4/01)

# UNITED STATES DISTRICT COURT

for

District of Connecticut

U.S.A. vs. <u>Cheryl Caines</u>     Docket No. <u>3:03CR105(RNC)</u>

**Petition for Action on Conditions of Pretrial Release**

COMES NOW <u>Kattya López</u> PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant <u>Cheryl Caines</u> who was placed under pretrial release supervision by the Honorable <u>Donna F. Martinez, United States Magistrate Judge</u> sitting in the court at <u>Hartford</u>, on the <u>24th</u> date of <u>April</u>, 20 <u>03</u> under the following conditions:

**See attached bond violation report.**

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**See attached bond violation report.**

PRAYING THAT THE COURT WILL ORDER that a warrant be issued for the arrest of the defendant.

ORDER OF COURT

Considered and ordered this <u>2nd</u> day of <u>November</u>, 20 <u>04</u> and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge/Magistrate

Respectfully,

<u>Kattya López</u>
U.S. Pretrial Services Officer

Place <u>Hartford, Connecticut</u>

Date <u>11/2/04</u>