## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | CRIM. NO. 3:03CR105(RNC) |
| CHERYL CAINES | : | NOVEMBER 24, 2004 |

## MOTION TO CONTINUE SENTENCING

The Defendant, CHERYL CAINES, respectfully moves to continue the sentencing in this case for sixty (60) days for the following reasons:

1. The Defendant has just been admitted to Stone Haven, a drug treatment center;

2. The Defendant would like additional time to re-establish and continue her efforts at her drug rehabilitation; and

3. Assistant United States Attorney Raymond Miller has no objection to this request.

4. This is the ninth request for a continuance made in connection with this case by this Defendant.

RESPECTFULLY SUBMITTED
THE DEFENDANT, CHERYL CAINES


By_____
      John M. Andreini
      44 Capitol Avenue
      Suite 402
      Hartford, CT 06106
      Fed. Bar #ct01921
      TEL:    (860) 525-9447
      FAX:    (860) 246-3727
      EMAIL:  andreini71@aol.com

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed to all counsel of record and pro se parties this _____ day of _____, 2004:

Raymond Miller, Esq.
Assistant United States Attorney
Federal Building
450 Main Street
Hartford, CT 06103


Thomas G. Dennis, Esq.
Federal Defender
10 Columbus Boulevard
6th Floor
Hartford, CT 06106


The Honorable Robert N. Chatigney
United States District Court
450 Main Street
Hartford, CT 06103
(*Courtesy Copy*)



_____
John M. Andreini