FILED
2004 NOV 24   P 1:24

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
HARTFORD, CT.

...................................................
UNITED STATES OF AMERICA           :
                                   :
VS.                                :    CRIM. NO. 3:03CR105(RNC)
                                   :
CHERYL CAINES                      :    NOVEMBER 24, 2004
                                   :
...................................................

## MOTION TO CONTINUE SENTENCING

The Defendant, CHERYL CAINES, respectfully moves to continue the sentencing in this case for sixty (60) days for the following reasons:

1. The Defendant has just been admitted to Stone Haven, a drug treatment center;

2. The Defendant would like additional time to re-establish and continue her efforts at her drug rehabilitation; and

3. Assistant United States Attorney Raymond Miller has no objection to this request.

4. This is the ninth request for a continuance made in connection with this case by this Defendant.

---

*Margin annotations:*

Granted. Sentencing is hereby rescheduled to January 10, 2005, at 1:30 p.m. So ordered.
November 30, 2004.

Robert N. Chatigny, U.S.D.J.

FILED 2004 DEC -1 P 12:40 U.S. DISTRICT COURT HARTFORD, CT.