# MEMORANDUM

**CONFIDENTIAL**

2004 DEC -8 P 1: 31

U.S. DISTRICT COURT
HARTFORD, CT.

**To:** The Honorable Donna F. Martinez
United States Magistrate Judge

**From:** Kattya López
United States Probation Officer

**Subject:** CAINES, Cheryl
Docket #: 3:03CR105(RNC)
**BOND MODIFICATION REQUEST**

**Date:** December 6, 2004

On April 24, 2003, the defendant was presented before Your Honor for an initial presentment under Docket No. 3:03CR105(RNC). Ms. Caines was charged with Possession with Intent to Distribute Cocaine Base, in violation of 21 U.S.C. § 841(a)(1). At that time the defendant was released on a $100,000 non-surety bond with the following conditions of release.

1. The defendant shall not commit any offense in violation of federal, state, or local law.

2. The defendant shall immediately advise the Court, defense counsel, and the U.S. Attorney in writing of any change in address and telephone number.

3. The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.

4. The defendant's travel is restricted to the District of Connecticut and Massachusetts for court related matters.

5. The defendant shall have no direct or indirect contact with any known co-defendants, witnesses or gang members and she is not to enter any gambling establishments and shall not gamble in any form.

6. The defendant shall report to the U.S. Probation Office as directed.

7. The defendant shall submit to drug testing/counseling within the discretion of the pretrial services officer.

8. The defendant shall refrain from possessing a firearm, destructive device or other dangerous weapons.

9. The defendant shall refrain from excessive use of alcohol and any use or possession of a narcotic drug, unless prescribed by a licensed medical practitioner.

10. The defendant shall refrain from obtaining a passport.

11. The defendant shall participate in an inpatient drug treatment program.

On July 14, 2004, the defendant appeared before Your Honor and entered a guilty plea. Sentencing was scheduled for October 1, 2004 but was rescheduled for December 3, 2004 to give the defendant an opportunity to participate and complete an inpatient drug treatment program.

On October 30, 2004, Ms. Caines failed to notify the probation office that she was discharged from the Salvation Army Drug Rehabilitation Program. On November 2, 2004, a warrant was issued by the Court for Ms. Caines' arrest. However, on November 9, 2004, Ms. Caines was located where she admitted herself at St. Francis Hospital's adult dual diagnosis unit.

On November 15, 2004, Ms. Caines was transferred to the StoneHaven inpatient program in Portland, CT which is affiliated with St. Francis Hospital. The defendant has been attending treatment since her admission at this program; however, she will be discharged soon and Ms. Caines does not have a home to return to.

On December 6, 2004, I spoke with AUSA Ray Miller who did not object this request. Prior conversations with defense counsel John Andreini indicate that he would not object to this request.

**RECOMMENDATIONS:**

The defendant has been at the StoneHaven Program in Portland, CT and is scheduled to be discharged soon. As stated above, Ms. Caines does not have a home to return to, therefore, the U.S. Probation Office is requesting that a condition be added to the bond where the defendant will be allowed to reside at a halfway house until the time of her sentencing which was recently rescheduled to January 2005.

APPROVED: *based upon the representation that all parties and the USPO consent.*

*Donna F. Martinez*

The Honorable Donna F. Martinez
United States Magistrate Judge

Date: 12/8/04

DENIED: _____

_____
The Honorable Donna F. Martinez
United States Magistrate Judge

Date: _____

KL/dmb

cc:   Raymond F. Miller, AUSA
      John Andreini, Defense Attorney

FILED 2004 DEC -8 P 1:31
U.S. DISTRICT COURT
HARTFORD, CT.