UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

……………………………………………..
:
UNITED STATES OF AMERICA        :
:
VS.            :        CRIM. NO. 3:03CR105(RNC)
:
CHERYL CAINES          :        JANUARY 4, 2005
:
……………………………………………..

**MOTION TO CONTINUE SENTENCING**

The Defendant, CHERYL CAINES, respectfully moves to continue the sentencing in this case for sixty (60) days for the following reasons:

1. The Defendant is an admitted patient to Rushford, a drug treatment center;

2. The Defendant would like additional time to re-establish and continue her efforts at her drug rehabilitation. I have been informed that the Defendant is making good progress.

3. Assistant United States Attorney Raymond Miller has no objection to this request.

4. This is the tenth request for a continuance made in connection with this case by this Defendant.

RESPECTFULLY SUBMITTED
THE DEFENDANT, CHERYL CAINES


By_____
       John M. Andreini
       44 Capitol Avenue
       Suite 402
       Hartford, CT 06106
       Fed. Bar #ct01921
       TEL:    (860) 525-9447
       FAX:    (860) 246-3727
       EMAIL:   andreini71@aol.com

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed to all counsel of record and pro se parties this _____ day of _____, 2005:

Raymond Miller, Esq.
Assistant United States Attorney
Federal Building
450 Main Street
Hartford, CT 06103

Thomas G. Dennis, Esq.
Federal Defender
10 Columbus Boulevard
6th Floor
Hartford, CT 06106

The Honorable Robert N. Chatigney
United States District Court
450 Main Street
Hartford, CT 06103
(*Courtesy Copy*)

_____
John M. Andreini