93



# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| VS. : | CRIM. NO. 3:03CR105(RNC) |
| CHERYL CAINES : | JANUARY 4, 2005 |

## MOTION TO CONTINUE SENTENCING

The Defendant, CHERYL CAINES, respectfully moves to continue the sentencing in this case for sixty (60) days for the following reasons:

1. The Defendant is an admitted patient to Rushford, a drug treatment center;

2. The Defendant would like additional time to re-establish and continue her efforts at her drug rehabilitation. I have been informed that the Defendant is making good progress.

3. Assistant United States Attorney Raymond Miller has no objection to this request.

4. This is the tenth request for a continuance made in connection with this case by this Defendant.

*[Handwritten in margin: January 7, 2005. Denied. So ordered. Robert N. Chatigny, U.S.D.J.]*