UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 3:03cr105(RNC) |
| v. | : | |
| | : | January 10, 2005 |
| CHERYL CAINES | : | |

FILED 2005 JAN 10 P 3: 1
U.S. DISTRICT COURT
HARTFORD, CT.

### MOTION FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney for the District of Connecticut hereby moves for the dismissal of Counts One and Four of the Indictment as they pertain to this defendant.

Respectfully submitted

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

RAYMOND F. MILLER
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct20451
450 Main Street, Room 328
Hartford, CT  06103

### CERTIFICATION

I hereby certify that a copy of the foregoing motion was hand delivered on January 10, 2005 to John Andreini, Esq.

RAYMOND F. MILLER
ASSISTANT UNITED STATES ATTORNEY

1/10/05 hearing to vacate.